UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR171 (JCH) |
| BRUCE VELLETRI | : | September 28, 2005 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

     KEVIN J. O'CONNOR
     UNITED STATES ATTORNEY


     CHRISTINE SCIARRINO
     ATTORNEY BAR NO: CT03393
     ATTORNEY FOR THE DEPARTMENT OF JUSTICE
     UNITED STATES ATTORNEY'S OFFICE
     P. O. BOX 1824
     NEW HAVEN, CT  06508
     TELEPHONE: (203) 821-3700
     FAX: (203) 773-5392
     E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

  This is to certify that a copy of the foregoing was mailed postage prepaid on this 28th day of September, 2005 to:

Bruce Velletri
Groton, Connecticut

                     _____
                     Christine Sciarrino