```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

United States of America,      :
                               :
        v.                     :
                               :
Bruce Velletri,                :   DOCKET NO: 3:03CR171 (JCH)
                               :
        and                    :
                               :
Morin Associates, LLC          :
174 Bridge Street              :
Groton, CT 06340               :
              Garnishee.       :
```

## APPLICATION FOR
## WRIT OF GARNISHMENT ON EARNINGS

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the monetary Judgment entered against the Defendant in this action, which totaled $385,476.59.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a Court Order for payment of restitution. The sum of $800.00 has been credited to said demand. The total balance due as of September 28, 2005 is $381,476.59.

The Defendant, Bruce Velletri's, last known address is xxxxxxxxxx, Groton, Connecticut 06340 and the defendant's social security number is xxx-xx-4652.

The Garnishee is believed to be an employer of the Defendant, or the Garnishee otherwise owes or will owe disposable earnings to the Defendant and said property is a substantial non exempt interest of the defendant.

The name and address of the Garnishee or its authorized agent is:

      name: **Morin Associates, LLC**
 address: **174 Bridge Street**
              **Groton, CT 06340**
     phone: **(860) 405-0425**

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        CHRISTINE SCIARRINO
        ATTORNEY BAR NO: CT03393
        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT  06508
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5392
        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

     This is to certify that a copy of the foregoing was mailed postage prepaid on this 28th day of September, 2005 to:

Bruce Velletri
Groton, Connecticut

                                                            _____
                                                            Christine Sciarrino