UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

United States of America, :
: 2005 DEC -5 P 3: 26
v. :
: U.S. DISTRICT COURT
Bruce Velletri, : DOCKET NO: 3:03CR171(JCH)
: BRIDGEPORT, CONN
and :
:
Morin Associates, LLC :
174 Bridge Street :
Groton, CT 06340 :
: 
    Garnishee. :

### ANSWER OF THE GARNISHEE

I, _Kevin Morin_, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name

of _Morin Associates, LLC, 174 Bridge St., Groton, CT 06340_
  state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, a
                  (state official title)

corporation, organized under the laws of the State of _____

On _____, 2005, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes   No

✓   ___   1.   Defendant was in my/our employ.

2.   Pay period is ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

11/28/05   Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

12/2/05   Enter date above pay period ends.

3.   Enter amount of net wages.   Calculate below:

   (a) Gross Pay                $ 1,000

   (b) Federal income tax    $ —

   (c) F.I.C.A income tax     $ —

   (d) State income tax       $ —

   Total of tax withholdings   $ —

   Net Wages               $ 1,000 *
   (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim: ___—___

\*\* Check 1 and/or 2 if applicable\*\*

_____    1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Bruce Velletri,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____    2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                              (date)

_____
(state street address, city, state and zip code)
or hand delivered to <u>174 Bridge St., Groton, CT</u>
                      (state actual address of where it was hand delivered)

on  <u>11/29/05</u>
       (date)

_____/s/_____
         (Affiant's signature)

Subscribed and sworn to before me this 30 day of Nov., 2005
State of Connecticut
New London County SS: Groton

_____
Notary Public                EDWARD L. STEBBINS
                             NOTARY PUBLIC
My Commission expires: _____ MY COMM. EXP. NOV. 30, 2009

3

The *Original Answer* must be mailed to:

> United States District Court
> Office of the Clerk
> 915 Lafayette Blvd.,
> Bridgeport, Connecticut 06103

Mail the check (made payable to the *U. S. District Court)*

Send a *Copy* of this Answer to:

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn: Financial Litigation Unit